IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAURICE WITHERS,

    Defendant.

ORDER

16-cr-005-wmc

In light of the complexity of this human trafficking case (exacerbated by the amount of discovery and number of witnesses), Attorney Mandell's familiarity with the case, the challenges in representing this particular defendant, and the desire by both sides to proceed to trial expeditiously, I find this case qualifies as "extremely difficult" and APPOINT Mr. Mandell to assist Mr. Cornia in the remaining preparations for and trial of this matter, subject to the following conditions: (1) Mr. Withers' consent to this appointment; (2) the understanding that Mr. Cornia shall remain lead counsel; and (3) the trial date shall remain firm.

Entered this 7th day of March, 2017.

BY THE COURT:

WILLIAM M. CONLEY
District Judge